IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY COLEMAN,<br><br>           Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>           Defendants. | No. C 13-0484 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/10/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.13\Coleman484jud.wpd